UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| GREGORY MILLS and BLAINE SPROUL, individually and on behalf of all others similarly situated who consent to their inclusion in this collective action,<br><br>Plaintiffs,<br><br>v.<br><br>R.M. INTERNATIONAL, INC., a limited liability company, DAIMLER TRUCKS NORTH AMERICA LLC, a limited liability company, ROUSH MANAGEMENT, L.L.C., a Michigan limited liability company, and JAMES KEYES, individually,<br><br>Defendants. | CV. 11-129-BR |

### ORDER

THIS CAUSE having come before this Court upon the Parties' foregoing Joint Motion for Approval of Settlement, it is hereupon:

ORDERED AND ADJUDGED:

1. The Parties' Joint Motion for Approval of Settlement is hereby **GRANTED.** The Settlement Agreement submitted by the Parties is approved.

2. The instant matter is hereby dismissed with prejudice with each party to bear its own attorneys' fees and costs, other than as provided in the Settlement Agreement.

3. The Court hereby retains jurisdiction to enforce the terms of the Settlement Agreement.

DONE AND ORDERED in chambers, Portland, Oregon, this 10th day of April, 2013.

_Anna J. Brown_
U.S. District Judge

1